NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:01-CR-00108 (JWS) |
| v. | ) | |
| Mary Ann Grice, | ) | **PLAINTIFF'S MOTION TO RELEASE ATTACHED PFD FUNDS** |
| Defendant. | ) | |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves this Court to release funds currently held in the Court's Registry.

1.  On or about June 5, 2006, a Writ of Execution pursuant to Alaska Statute 43.23.065 was entered in this action attaching defendant's Alaska Permanent Fund dividend payment for 2006.

2.  Alaska Statute 43.23.065(d) frees plaintiff from the service requirement of notifying the debtor of the writ. The Alaska Department of Revenue automatically notifies the debtor of

attached PFD funds at the time the funds are turned over to the Court.

3. Pursuant to execution of the Writ, on or about December 4, 2006, dividend monies from the State of Alaska in the amount of $1,102.96 were deposited into the Registry of this Court.

4. More than thirty (30) days have elapsed since the State notified the defendant of his right to object. To date, no objection has been filed. Defendant's right to object is now in default.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $1,102.96 currently held in the Court's Registry be released from the Registry and deposited by the Clerk of Court into U.S. Treasury Account "0022-6855XX" (XRFA, XRNF) as payment toward defendant's criminal restitution.

RESPECTFULLY SUBMITTED this 20th day of December, 2006, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY

s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.: 8906031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing <u>Motion to Release PFD Funds</u> was mailed this 20th day of December, 2006, to the following:

Mary Ann Grice
330 West 32nd, Apartment 45
Anchorage, AK 99503

<u>s/Richard L. Pomeroy</u>
Office of U.S. Attorney
