NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:01-CR-00108 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **PROPOSED ORDER TO RELEASE** |
| Mary Ann Grice, | ) | **ATTACHED PFD FUNDS** |
| | ) | |
| Defendant. | ) | |

Plaintiff's motion to release attached Permanent Fund Dividend funds
is hereby GRANTED.

The attached funds, in the amount of $1,102.96, shall be released
from the Registry by the Clerk of Court and deposited into U.S. Treasury
Account  "0022-6855XX",  as  payment  toward  Defendant's  criminal
restitution.

IT IS SO ORDERED.

DATED:_____        _____
                                    UNITED STATES DISTRICT JUDGE

**DOCUMENT NAME**
Mary Ann Grice
3:01-CR-00108 (JWS)